IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LAWRENCE SCOTT,<br>an individual,<br><br>  Plaintiff,<br>v.<br><br>FUQUA PARK ROW, LLC,<br>a Texas Limited Liability Company,<br><br>  Defendant. | Case No.: 4:21-cv-4147 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, LAWRENCE SCOTT, and Defendant, FUQUA PARK ROW, LLC, by and through their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all counts and claims asserted in this matter with prejudice, with the parties to bear their own attorney's fees, costs, and expenses except as may otherwise be agreed to between the parties.

Dated: January 26, 2022

Respectfully submitted,

By: */s/ Brian T. Ku* .
Brian T. Ku
Attorney-in-charge
S.D. TX No. 3424380
Ku & Mussman, P.A.
18501 Pines Boulevard, Suite 209-A
Pembroke Pines, FL 33029
Tel: (305) 891-1322
Fax: (954) 686-3976
Brian@kumussman.com

Respectfully submitted,

By: */s/ Todd Zucker*
Todd Zucker
Attorney-in-charge
State Bar No. 22290465.
Todd Zucker PLLC
1601 Westheimer Road
Houston, Texas 77006
Tel: (832) 622-4343
Fax: (713) 255-1769
todd@tjzlaw.com

and
John K. Grubb
Local Counsel
State Bar No. 08553500
John K. Grubb & Associates
2520 Robinhood St., # 500
Houston, Texas 77005
Tel: (713) 702-1808
jgrubb@grubblegal.com

*Attorneys for Plaintiff*

*Counsel for Defendant,* FUQUA PARK ROW, LLC